■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANDRO COLINA, Appellant. [851 NYS2d 874]—

We perceive no basis for reducing the sentences or the proposed resentence. Concur—Mazzarelli, J.P., Saxe, Gonzalez and Acosta, JJ.